AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF FLORIDA

Philip Houk
_____
Petitioner

v.

R. D. Morris
_____
Respondent
(name of warden or authorized person having custody of petitioner)

Case No. _____
(Supplied by Clerk of Court)

FILED BY _____ D.C.

DEC 11 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Philip Henry Houk
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: FDC Miami
   (b) Address: P.O. Box 019120
       Miami, FL 33101
   (c) Your identification number: 29022511
3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:
   _____
4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☑ Other (explain): commitment for competency evaluation & restoration
   _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

29022511

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☑ Pretrial detention

☐ Immigration detention

☐ Detainer

☑ The validity of your conviction or sentence as imposed (for example; sentence beyond the statutory
    maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain):

_____

_____

6. Provide more information about the decision or action you are challenging:

    (a) Name and location of the agency or court: _US District Court Northern District of_
    _Alabama_

    (b) Docket number, case number, or opinion number: _2:24-cr-281-MHH-NAD_

    (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
    _Doc. 33 committing to custody of Attorney General for competency restoration_
    _and examinations And Findings of incompetency to stand trial_

    (d) Date of the decision or action: _7/15/25_

### Your Earlier Challenges of the Decision or Action

7. **First appeal**

    Did you appeal the decision, file a grievance, or seek an administrative remedy?

    ☑ Yes                    ☐ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _US District Court Northern District Alabama_

        (2) Date of filing: _7/28/25_
        (3) Docket number, case number, or opinion number:   _(Doc. 34) 2:24-cr-281-MHH-NAD_
        (4) Result: _"terminated"_
        (5) Date of result: _10/9/25_
        (6) Issues raised: _ineffective counsel, objection to findings, violation of due_
        _process_

    _____

    _____

    _____

    (b) If you answered "No," explain why you did not appeal: _____

    _____

8. **Second appeal**

    After the first appeal, did you file a second appeal to a higher authority, agency, or court?

    ☑ Yes                    ☐ No

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _US Court of Appeals Eleventh Circuit_

(2) Date of filing: ~~filed~~ _9/8/25_

(3) Docket number, case number, or opinion number: _25-13089_

(4) Result: _unknown / no contact with attorney or court_

(5) Date of result:

(6) Issues raised: _ineffective counsel, objection to findings, due process violation_

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes                    ☐ No

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

290225

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

(b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                    ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes                    ☑ No

If "Yes," provide:

(a)   Date you were taken into immigration custody: _____

(b)   Date of the removal or reinstatement order: _____

(c)   Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                    ☐ No

Page 5 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

29022511

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes            ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☑ Yes            ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: *motion for reconsideration*
(b) Name of the authority, agency, or court: _____
(c) Date of filing: *unknown*
(d) Docket number, case number, or opinion number: _____
(e) Result: *unknown*
(f) Date of result: *unknown*
(g) Issues raised: *ineffective counsel, objection to findings, due process violation*

Page 6 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

2902251

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** *Right to counsel under 6th amendment*

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
*conflict of interest caused counsel to commit fraud and waive rights of defendants. Court was given notice prior to decision challenged but took no action*

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes          ☐ No

**GROUND TWO:** *Violation of 18 USC § 4241 (c) and (d)*

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
*based upon a joint stipulation, no hearing was held & no evidence disclosed to court. A hearing must be held for an order pursuant to § 4241*

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes          ☐ No

**GROUND THREE:** *Findings based upon fraud and neglegence*

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
*Expert evidence is highly inaccurate & was never challenged or disclosed prior to counsel's actions. DOP never conducted an examination, but submitted a report anyway.*

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes          ☐ No

Page 7 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _Due process violation to waive hearing_

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
_The hearing is required to be held in order to preserve the right to due process. No opportunity for alleged incompetent to contest allegations leading to unlawful loss of liberty_

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes          ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
       not:

**Request for Relief**

15.  State exactly what you want the court to do:  _Set aside District Court's order and remand for hearing pursuant to 18 USCS § 4247(d). Return defendant to the district, or, hold a local detention hearing to potentially expedite defendant's return to the district, if it please the Court._

Page 8 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

## MOTION TO WAIVE FILING REQUIREMENTS

I am currently incarcerated at FDC Miami. Conditions at this facility preclude the obtaining of copies, or the sending of filing fees. I have reached out to staff and recieved no reply to my requests. Further complications with the District Court for the Northern District of Alabama, and my appointed attorney, has likewise prevented my obtaining any court documents without a fee. The court has declined a motion to waive these fees, leaving me with no ability to send the supporting documents required to prosecute this case.

   I pray the Court for lenity, given the complications in bringing this case, and for an expeditious conclusion to these proceedings.


   I swear that the facts alleged in this motion are true and correct, to the best of my knowlege, under penalty of perjury.


signed this the 6th day of December 2025



Philip Houk
Petitioner

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

12/6/2025

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12/6/2025

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

Page 9 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Instructions

1.  **Who Should Use This Form.** You should use this form if
    - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
    - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
    - you are alleging that you are illegally detained in immigration custody.

2.  **Who Should Not Use This Form.** You should not use this form if
    - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
    - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
    - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3.  **Preparing the Petition.** The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

4.  **Answer all the questions.** You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

5.  **Supporting Documents.** In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

6.  **Required Filing Fee.** You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

7.  **Submitting Documents to the Court.** Mail your petition and ____ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

    If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

8.  **Change of Address.** You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.

Page 1 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.



Philip Houk 29022511
FDC Miami
P.O. Box 019120
Miami, FL 33101

MIAMI FL 330

8 DEC 2025  PM 5  L

Wilkie D. Ferguson Jr. United States Courthouse

c/o. Civil Clerk

400 N Miami Ave, Room 8

Miami, FL 33128

REC'D BY_____D.C.

DEC 11 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

33128-771899